Submitted March 24, 1972. *Richard C. Shay*, Public Defender, for appellant; *D. Richard Eckman*, First Assistant District Attorney, and *Henry J. Rutherford*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Ferenc, Appellant.

Submitted March 20, 1972. *John M. Ferenc*, appellant, in propria persona; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Fidtler, Appellant.

Submitted March 20, 1972. *Paul S. Herzberg*, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Frank, Appellant.

774

Submitted March 20, 1972. *Eugene H. Clarke, Jr.,* for appellant; *Maxine J. Stotland* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Franks, Appellant.

Submitted March 20, 1972. *Mark A. Lublin,* for appellant; *James Garrett* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gardner, Appellant.

Argued March 24, 1972. *Joseph Litt,* for appellant; *William P. Boland,* Assistant District Attorney, with him